UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARRY SERMENO,

        Plaintiff,

v.

P. TANG, et al.,

        Defendants.

Case No. 25-cv-06488-JST

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**

Re: ECF No. 14

The Court has reviewed Magistrate Judge Peter Kang's report and recommendation to dismiss this case with prejudice pursuant to the mandatory screening process under 28 U.S.C. § 1915(e)(2)(B). ECF No. 14. The time to file objections has passed, and no objections have been received. The Court finds the report to be correct, well-reasoned, and thorough, and adopts it in every respect. Accordingly, this case is hereby dismissed. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: September 24, 2025



JON S. TIGAR
United States District Judge